**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
VIRGINIA
Richmond Division**

DELISA HERNANDEZ REID,
ADMINISTRATOR OF THE
ESTATE OF DAMIAN
HERNANDEZ

   *Plaintiff*,

v.              **Case No. 3:24-cv-309**

THE GEO GROUP, INC., et al,

   *Defendants*.

## EXPERT REPORT OF DR. ARTHUR FOURNIER, M.D.

I am board certified in internal medicine and licensed to practice medicine in the state of

Virginia. I have reviewed the records and the facts provided to me surrounding the care and

treatment rendered to Mr. Damian Hernandez by the medical and nursing staff while Mr.

Hernandez was incarcerated in the Lawrenceville Correctional Facility. The facts of this case are

as follows:

1.  On November 5th, 2020, the patient was seen in the Infirmary complaining of rectal

bleeding and blood in his urine. The patient was not questioned regarding the possibility of

sexual assault and no rectal examination was done at this time.

2.  On 3:18 a.m. on November 6th, 2020, Mr. Hernandez's cellmate called to report that

the patient was bleeding profusely. Nurses Jordan and Kamara responded at 3:21 a.m. At that

time, the patient was conscious but was bleeding profusely from cuts on the backs of his left and

right hands. The patient was transferred to the medical unit via stretcher. He lost consciousness

**EXHIBIT 5**

shortly after arriving in the medical unit approximately 1/2 hour after he was first seen. Fire Rescue arrived at 4:18. The patient was unresponsive at that time and was pronounced dead at 4:28 a.m.

Based upon a reasonable understanding of the facts provided to me at this time, I have formulated opinions concerning both causation and standard of care.

**My opinions:**

**Concerning causation,**

With reasonable medical probability, the patient's complaints on November 5th were the result of sexual assault. In all likelihood this sexual assault contributed to his suicidal ideation. The patient died of self-inflicted wounds.

Reason for opinion: Review of records, autopsy report. Knowledge of corrections health issues.

**Concerning standard of care,**

1. The medical team failed to consider the possibility of sexual assault to explain the patient's blood from his rectum and blood in his urine.

2. They also failed to do an appropriate physical examination, including a rectal examination and rape protocol.

3. There was also a failure to assess the patient's risk for suicide.

4. On November 6th, there was an unacceptable delay in calling emergency medical services to transfer this patient to a facility capable of providing emergency and resuscitative care.

5. No attempt was made to establish intravenous access or to administer potentially lifesaving intravenous fluid therapy to maintain the patient's blood pressure, the standard of care for treatment of hemorrhage. In addition, the attempt to control hemmorhage with

compression alone were inadequate. Tourniquets should have been applied. Had these treatments been done, with reasonable medical probability, the patient would not have died.

Reason for opinion: review of Lawrenceville Correctional Facility records, particularly 11/5-11/6 2020; review of video interviews of Meriam Kamara, Delise Jordan, Agents Patten and Powell; review of Custodial Death Report; knowledge of corrections health standards of care.

I reserve the right to review additional facts provided to me regarding the care provided to Mr. Hernandez and to amend or supplement my opinion as I deem necessary based on all the facts provided. My C.V., prior cases and fees are included under separate cover.


Dr. Arthur Fournier, M.D. (Nov 10, 2025 12:03:51 EST)

Dr. Arthur Fournier
Professor Emeritus of Internal Medicine
and Family Medicine
University of Miami Miller School of Medicine
10579 Occohannock Blvd.
Exmore, VA 23350
(757) 442-7516

November 3, 2025