# Christopher Colburn, Ph.D.

### Forensic Economist

3178 E. Oceanview, Norfolk, VA 23518, 757-575-3692                    ccolburn@odu.edu

Stephen C. Teague, Esquire
Law Office of Stephen C. Teague
PO Box 706
Newport News, VA 23607

November 9, 2025

Dear Mr. Teague

I have been asked by your law firm to provide an estimate of the economic loss associated with passing of Damian Hernandez who died in November of 2020. Mr. Hernandez was an inmate at the Lawrenceville Correctional Center in Lawrenceville, Virginia.

## I.       Methodology for the calculation of economic loss:

1.       Determine an estimate of base year income.  The base year would be the year in which the economic loss occurred.  Using the base year estimate the future income stream of the individual is estimated. The economic loss is the difference between what would have been expected to be earned had the event not occurred and expected earnings after the event occurred. Mr. Hernandez passed on November 6th, 2020.

2.       Because of the time value of money, the present value of the future income stream needs to be determined.  The income stream includes lost earnings, lost fringe benefits, lost retirement benefits and lost Social Security benefits which would have been expected had Mr. Hernandez not passed. The lump-sum payment for the economic loss should also be adjusted to account for interest that could be earned if funds are invested in an essentially risk-free asset.

## II.      Documents Provided

1. Criminal Record File of Damian Hernandez
2. Discharge Inmate Work History: Virginia Department of Corrections, Damian Hernandez. First entry November 11, 2011, last entry November 6, 2020.
3. Resident Account summary for Damian Hernandez, November 6th, 2020.

## III.     Facts and issues concerning Mr. Hernandez

# Christopher Colburn, Ph.D.

### Forensic Economist

3178 E. Oceanview, Norfolk, VA 23518, 757-575-3692                                    ccolburn@odu.edu

1. Mr. Hernandez was incarcerated since 2007 and was at the time of his passing an inmate at the Lawrenceville Correctional Center in Lawrenceville, Va.

2. Mr. Hernandez was born on June 14, 1977, and had a life expectancy of 34.5 more years according to the Code of Virginia Table 8.01-419.

3. Mr. Hernandez earned his GED while incarcerated.

4. Mr. Hernandez had a history of Sheet Metal work as indicated on the Virginia Department of Corrections Mental Health Services Form dated 1/20/02.

5. Mr. Hernandez earned his General Educational Development Certificate on December 18, 2007.

6. Mr. Hernandez had been in prison since 2007 and was serving a 45-year sentence.

7. Mr. Hernandez has a job in prison that earned money that was deposited into an account in his name.

8. The Discharge Inmate Work History Report indicates that between November 15, 2011, and November 6, 2020, Mr. Hernandez worked at various jobs at the Lawrenceville Correctional Center.

9. Mr. Hernandez was expected to be released from incarceration in 2040.

10. Individuals often find it very difficult to find employment after being released from prison.  A study in 2022 found that 40 percent former inmates find employment after incarceration https://www.prisonpolicy.org/blog/2022/02/08/employment/

## IV.    Estimate of economic loss

1. Mr. Hernandez earned $34.33 on average per week while incarcerated for the year 2020. I use that figure for his yearly income while incarcerated.

# Christopher Colburn, Ph.D.

Forensic Economist

3178 E. Oceanview, Norfolk, VA 23518, 757-575-3692                                    ccolburn@odu.edu

2.  I find that the average income of a Sheet Metal worker in Norfolk VA is $17.32 per hour in 2025. This would suggest a yearly income of $36,067.20 per year post incarceration.

3.  Choice of discount rate and present value calculation: Because of the time value of money the present value of the future income stream needs to be determined.  Critical to the estimate of the present value is the determination of an appropriate discount rate. A common method among Forensic Economists is to use the real interest rate approach. This approach allows for not having to make assumptions about wage growth in each occupation or inflation. My choice for the real interest rate is the TIPS (Treasury Inflation Protected Security). A TIPS rate auction occurred On October 22, 2020, was 0.125 percent.
    https://www.treasurydirect.gov/auctions/announcements-data-results/tips-cpi-data/tips-cpi-history/

    To calculate the net present value of any economic loss the following mathematical formula is used:
    $$NPV=\sum_{t=0}^{n} R_t/(1+i)^t$$
    Where $R_t$ is the net cash flow in a single period, i is the discount factor and t the number of years into the future since the accident and n is the total number of years.  $\Sigma$ is the mathematical symbol for summation, indicating that the discounted case flows for each individual year are summed to obtain the net present values from time present (t=0) until n years into the future.

## V.    Conclusions:

1.  If I assume that Mr. Hernandez would have worked until age 67 when he would become eligible for Social Security the total loss is $140,176.  $31,061 is the loss while incarcerated and $109,115 is the loss post incarceration.

2.  If I assume that Mr. Hernandez would have worked until age 70 the total loss is $218,528.  $31,061 is the loss while incarcerated and $187,467 is the loss post incarceration.

3.  If I adjust Mr. Hernandez's post incarceration earrings to account for the expectation that only 40 percent of individuals find employment post incarceration the loss falls to $43,646 if he would have worked until age 67 and $74,986 if he would have worked until age 70.  These adjustments mean that the total loss in earnings from the combination of earnings while incarcerated plus the loss post incarceration would be $74,707 if he would have worked until age 67 and $106,047 had he worked until age 70.

# Christopher Colburn, Ph.D.

**Forensic Economist**

3178 E. Oceanview, Norfolk, VA 23518, 757-575-3692                                ccolburn@odu.edu

Please do not hesitate to contact me if you have any questions.

Sincerely,

Christopher B. Colburn, Ph. D

# Christopher Colburn, Ph.D.

### Forensic Economist

3178 E. Oceanview, Norfolk, VA 23518, 757-575-3692                    ccolburn@odu.edu

**Documents Referenced:**

1. Tinari, Frank D., **Forensic Economics: Assessing Personal Damages in Civil Litigation,** 2016, Palgrave, MacMillan, New York, New York

2. Code of Virginia Table 8.01-419. Table of life expectancy.
   https://law.lis.virginia.gov/vacode/title8.01/chapter14/section8.01-419/

3. FRED, Economic Research, Federal Reserve Bank of St. Louis, 10-Year Treasury Inflation-Indexed Security, Constant Maturity.
   https://fred.stlouisfed.org/graph/?id=DFII10

4. New data on formerly incarcerated people's employment reveal labor market injustices, Prison Policy Institute.
   https://www.prisonpolicy.org/blog/2022/02/08/employment/

5. Netal worker salary in Norfolk, Vigingia, Indeed Dot Com,
   https://www.indeed.com/career/metal-worker/salaries/Norfolk--VA

6. Strangways et., al., *Using TIPS to Discount to Present Value,* **Journal of Forensic Economics,** 25(1), 2014, pp. 71-89.