000002



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Emergency Grievance** 866_F4_4-16

## Emergency Grievance    Log # _157660_

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

HerNaNdeZ  DamiaN    1108489  LVCC    71.2|7

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency?   I have blood coming from my

rectum and I am pissing blood. request

medical help

11/5/20  10:08                    D. Hernandez

Date/Time                    Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

☐ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
☐ Submit Informal Complaint    ☐ Evaluated by Medical: Date Seen _____
☐ Submit Sick Call Request      ☐ Send an Offender Request To: _____
☐ Submit Request to Dental      ☐ Other (Provide detailed explanation below)

Called to Medical to eval.

☐ Your grievance has been determined to be an emergency and the following action has been taken:
☐ Sent to Hospital: Date Transported              ☐ Other (Provide detailed explanation below)

11/1/2020  1325          B Russell          B Russell
Date/Time          Respondent Signature          Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified
Alleged sexual abuse or sexual harassment  ☐  Will be referred for investigation

Determination by: _____
          Signature                Name/Title Printed          Date/Time

Distribution;   Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]                ### PART C- RECEIPT          Log #: 157660
Hernandez                        1108489    LVCC    71·71·217
Offender Last Name    First          Number    Facility    Building-Cell/Bed
I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from his/her presence for response.]

1025 / 11·05·20          olc Owen          Owen/cfc
Date/Time          Recipient's Signature (Staff Member)          Name/Title Printed