**Nursing Evaluation Tool** — GI Bleed Complaint

000052

Facility: LUCC

Inmate Name: HERNANDEZ, DAMIAN
Last ___ First ___ MI

Inmate Number: 3037 1108489

Date of Report: 11 / 05 / 2020    Time Seen: 1335  AM (PM) Circle One
MM   DD   YYYY

**Complaint:** Chief Complaint: 45 y/o c/o rectal bleeding

Onset: ~ wk.    ☐ Continuous ☑ Off and on ___

History: ___ Urine voided yesterday - dark
(Continue on back if necessary)
Knot mid chest - NO pain.

**Vomiting:** ☑ No ☐ Yes
☐ Normal gastric contents ☐ Red/Bloody ☐ "Coffee ground" like ☐ ___ times in past ___ hours ☐ Reported ☐ Observed

**Pain:** ☑ None ☐ Yes ☐ Sharp ☐ Crampy ☐ Intermittent ☐ Constant    **Location:** ☐ RUQ ☐ LUQ Denie's
Easily fatigued ☑ No ☐ Yes    Lethargy ☑ No ☐ Yes    Dizziness ☑ No ☐ Yes    ☐ RLQ ☐ LLQ
☐ Epigastric ☐ Diffuse

**Last BM:** /    ☐ Normal ☐ Constipated ☑ Diarrhea    Last Normal BM Tuesday    Wed - Diarrhea x1  Thur - Ø stool.
Red/Blood ☑ No ☐ Yes    Black/tarry ☑ No ☐ Yes ☐ Reported ☐ Observed
Hx: Heartburn/GERD ☑ No ☐ Yes    Hx: GI Bleed ☑ No ☐ Yes (When ___ )    Hx Alcohol Abuse ☐ No ☐ Yes (Yrs: ___ )
Hx: HCV/ HBV ☑ No ☐ Yes    HIV pos ☑ No ☐ Yes    Hemorrhoids ☑ No ☐ Yes
Hx of regular use or currently taking: ☐ ASA ☐ Coumadin ☐ NSAIDS ☐ GI Medication ☐ Iron Supp.

**Observation** Vital Signs: T: 98.5  P: 88  RR: 16  B/P: 131 / 80  WT: 178
General appearance: ☑ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up (fetal position)  98%
Skin: ☑ Warm ☐ Cool ☐ Dry ☐ Moist/clammy    Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☐ Moist    ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☑ Present ☐ Decreased ☐ Absent
Abdomen: ☑ Soft ☐ Guarding ☐ Distended ☐ Non-Tender ☐ Tender ___

CA - Mom/Sist - Bwl CA
Uncle Colon CA
Stomach CA - Uncle died

Hemacult: ☐ Negative ☐ Positive ☐ Not done    Cards given X3

☐ Additional Examination: ___
Continue on back if necessary)

**Intervention:** (Referral Status) ⊕ Urine dip - Leukocyte    Preliminary Determination(s): ___
☐ **Referral Not Required**    MD LOG - MONDAY
☐ **Referral Required** due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Distended/rigid abdomen    ☐ Vomiting w/ bloody or coffee ground emesis
☐ Bloody or "Tarry" stools    ☐ Pallor, moist clammy skin    ☐ Recurrent Complaint (Twice in 72 hours)
☐ Positive Hemacult    ☐ Mental status changes    Return n/v
Fever
Hypotension/Systolic BP < 90, resting tachycardia, altered mental status or significant bleeding requires an emergent referral    abd pain

You should contact a physician, physician extender or nursing supervisor if you have any questions about the status of the patient.  Dizziness

☑ Instructions to return if condition worsens or does not improve
☑ Education on bowel elimination    ☐ Education on lifestyle modifications to prevent reflux
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which they should seek additional medical attention.    Pepto - Bismull 2 tabs p̄ each stool (loose)
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): ___    MD: ___    No more than 8 tabs
Referral Type: ☐ Routine ☐ Emergent (if emergent who was contacted): ___    Time ___    in 24 hrs

X  B. Russell    Nurse Practitioner  Esochaghi / B. Russell
Nurses Signature
Dr Esochaghi, DO