IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



DELISA HERNANDEZ REID,
    Plaintiff,

v.                                           Civil No. 3:24cv309 (DJN)

THE GEO GROUP, *et al.*,
    Defendants.

## ORDER
### (Canceling Final Pretrial Conference and Jury Trial; Staying All Deadlines)

This matter comes before the Court for pretrial management. The Court has reviewed the various motions pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) ("*Daubert* Motions" or "Motions") filed by the parties in this case, which total nine (9) (ECF Nos. 187, 193, 195, 197, 199, 200, 203, 204, 207). Due to the number of *Daubert* Motions and the significant impact their resolution may have on the posture of this case and any future dispositive motions, the Court hereby CANCELS the final pretrial conference and trial in this matter and STAYS all current and future deadlines, including deadlines for dispositive motions, pending resolution of the *Daubert* Motions. Upon completion of its review of the Motions, the Court will determine whether a hearing on the motions is necessary. After resolution of the *Daubert* Motions, the Court will contact all parties to reset the deadline for filing dispositive motions and to reschedule the final pretrial conference and trial.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                        /s/
                                                       David J. Novak
                                                       United States District Judge

Richmond, Virginia
Dated: January 16, 2026