DEPARTMENT OF CORRECTIONS
DIVISION OF OPERATIONS
UNIFORM COMMITMENT FORM

PAGE:       1
DATE: 07/31/07

INMATE NO: 303738 NAME: HERNANDEZ        , DAMIAN



SPN NO: 00349025  SID NO: 1010271H  FBI NO:966837XA4

CURRENT LOCATION: 630-WALLENS RIDGE STATE PRISON

SSN: ███████      SEX: MALE    RACE: BLACK

BIRTH: ███████    POB: TEXAS

AGE:  30  HGT: FT: 6 IN: 00  WGT: 175  BUILD: _____

HAIR: BLACK       EYES: BROWN   COMPLEXION: MEDIUM

SCARS/MARKS/TATTOOS: TATOO(S) ON ARM, RGHT NONSPEC.

AKA/ALIAS/NICKNAME: HERNANDEZ        , SAN


IN CASE OF EMERGENCY NOTIFY: IDA HEARD
    STREET OR P O BOX NUMBER: 2634      JOHN RALSTON RD
    CITY, STATE AND ZIP CODE: HOUSTON      , TX 77013
              PHONE NUMBER: AREA CODE: 713 PHONE: 451-9776

MARITAL: SINGLE               TRADE/PROFESSION: INFORMATION NOT AVAILABLE

PSYCHIATRIC: _____
    MEDICAL: ANY ACTIVITY
    MEDICAL LOCATION STATUS: ANY FACILITY

                               TESTED GRADE LEVEL: NOT TESTED/OTH.REASON
OTHER: FILE REVIEWED AND NOT TESTED  LAST GRADE COMPLETED: 11TH GRADE COMPLETED

CURRENT M/S OFFENSE: 0900-HOMICIDE/MURDER          DOC DATE: 30JAN2002

TOTAL CURRENT SENTENCE: 045-12-150        SENTENCE START DATE: 22APR2000

PRIOR INMATE NO(S): 283340 233945          MORE PRIOR NO(S)? NO

DETAINER: NO   ISSUED:        TYPE:        CODE:

DISCRETIONARY PAROLE ELIGIBILITY DATE: 22JUN2040
    MANDATORY PAROLE RELEASE     DATE: INELIGBL

*------ INMATE CLASSIFICATION(S) -------*  *------ INMATE OFFENSE(S) ----------*
DATE       REASON      SCORE/OVER SECURITY   DATE      INFRACTION DESCRIPTION

26FEB2007 2G-NIC.INFO +13    H7   3
09FEB2007 2G-NIC.INFO +13    H7   3
01MAR2006 2C-DECREASE +13    H6   3
15FEB2005 2G-NIC.INFO +13    H7   5
17FEB2004 2G-NIC.INFO +17    H6   5

```
                        DEPARTMENT OF CORRECTIONS
                         DIVISION OF OPERATIONS
                        ** SENTENCE SUMMARY **              PAGE: 01
                                                           DATE: 07/31/2007

    INMATE NO:  303738   INMATE NAME:  HERNANDEZ          DAMIAN

    CURRENT LOCATION:  WALLENS RIDGE STATE PRISON                      00510


    DOJ:  27APR2000  OFFENSE:  CNTS-01  5707-TRESPASSING                 FTI-1
    COURT:  NORFOLK              (CIRCUIT )  TYPE:  GCA-JSJ  DISP:  CONSECUTIVE
       REVOKED      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    000 YRS 00 MOS 060 DAYS    000 YRS 00 MOS 000 DAYS   000 YRS   00 MOS  060 DAYS
    ORIGINAL DATE SENTENCED:   14JUL1999
    OFFENSE DATE:  20MAY1999             MEMO:   00001100-00/APPEALED FROM GDC

    DOJ:  27APR2000  OFFENSE:  CNTS-01  5707-TRESPASSING                 FTI-1
    COURT:  NORFOLK              (CIRCUIT )  TYPE:  GCA-JSJ  DISP:  CONSECUTIVE
      ORIGINAL      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    000 YRS 12 MOS 000 DAYS    000 YRS 00 MOS 000 DAYS   000 YRS   12 MOS  000 DAYS

    OFFENSE DATE:  10DEC1999             MEMO:   00001100-01

    DOJ:  22MAY2000  OFFENSE:  CNTS-01  3562-MARIJUANA-POSSESS           FTI-1
    COURT:  NORFOLK              (DISTRICT)  TYPE:  GCA-JSJ  DISP:  CONSECUTIVE
       REVOKED      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    000 YRS 00 MOS 030 DAYS    000 YRS 00 MOS 000 DAYS   000 YRS   00 MOS  030 DAYS
    ORIGINAL DATE SENTENCED:   13DEC1999
    OFFENSE DATE:  18OCT1999             MEMO:   GC99018281-01

    DOJ:  22MAY2000  OFFENSE:  CNTS-01  5707-TRESPASSING                 FTI-1
    COURT:  NORFOLK              (DISTRICT)  TYPE:  GCA-JSJ  DISP:  CONSECUTIVE
       REVOKED      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    000 YRS 00 MOS 060 DAYS    000 YRS 00 MOS 000 DAYS   000 YRS   00 MOS  060 DAYS
    ORIGINAL DATE SENTENCED:   13DEC1999
    OFFENSE DATE:  18OCT1999             MEMO:   GC99018281-01 FOR ORGINAL CASE
    0004-01  GC99018283-00.


    DOJ:  10AUG2001  OFFENSE:  CNTS-01  0900-HOMICIDE/MURDER             FTI-X
    COURT:  NORFOLK              (CIRCUIT )  TYPE:  ESX-FTX  DISP:  CONSECUTIVE
      ORIGINAL      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    035 YRS 00 MOS 000 DAYS    000 YRS 00 MOS 000 DAYS   035 YRS   00 MOS  000 DAYS

    OFFENSE DATE:  12APR2000             MEMO:   00004916-00

    DOJ:  10AUG2001  OFFENSE:  CNTS-01  5252-USE OF FIREARM IN FELONY    FTI-X
    COURT:  NORFOLK              (CIRCUIT )  TYPE:  ESX-FTX  DISP:  CONSECUTIVE
      ORIGINAL      SENTENCE   UNCALCULATED SENTENCE         NET SENTENCE
    003 YRS 00 MOS 000 DAYS    000 YRS 00 MOS 000 DAYS   003 YRS   00 MOS  000 DAYS

    OFFENSE DATE:  12APR2000             MEMO:   00004816-01



                         * CONTINUED ON NEXT PAGE *
```

```
                      **  SENTENCE SUMMARY **            PAGE: 02
                                                        DATE: 07/31/2007

INMATE NO:   303738    INMATE NAME:   HERNANDEZ         DAMIAN


DOJ:  10AUG2001  OFFENSE:  CNTS-01  1299-ROBBERY - ATTEMPTED          FTI-X
COURT:  NORFOLK              (CIRCUIT )   TYPE:  ESX-FTX  DISP:  CONSECUTIVE
  ORIGINAL       SENTENCE   UNCALCULATED SENTENCE       NET SENTENCE
007 YRS 00 MOS 000 DAYS    000 YRS 00 MOS 000 DAYS    007 YRS    00 MOS  000 DAYS

OFFENSE DATE:  12APR2000                 MEMO:  00004816-02

DOJ:  10AUG2001  OFFENSE:  CNTS-01  5252-USE OF FIREARM IN FELONY      FTI-X
COURT:  NORFOLK              (CIRCUIT )   TYPE:  ESX-FTX  DISP:  NOT GUILTY
  ORIGINAL       SENTENCE   UNCALCULATED SENTENCE       NET SENTENCE
000 YRS 00 MOS 000 DAYS    000 YRS 00 MOS 000 DAYS    000 YRS    00 MOS  000 DAYS

OFFENSE DATE:  12APR2000                 MEMO:  00004816-03


                       TOTAL SENTENCE:         045 YRS    12 MOS   150 DAYS
```

# Custodial Death Report

Attachment 5.1.6

## Section I: General Information

1. **Facility Information:**

   Name of Facility:Lawrenceville Correctional Center

   Address:1607 Planters Road

   City, State & Zip:Lawrenceville, Virginia 23868

   Telephone Number:(434) 848 - 9349

   _____          _____

   Administrator Signature                   Date

2. **Identity of Deceased:**

   Name of deceased:Damin Hernandez #1108489

   Race/ Ethnic Group:  ☐ White   ☒ Black   ☐ Hispanic   ☐ Asian

   ☐ Native American   ☐ Middle Eastern

   ☐ Other, Specify: _____   ☐ Unknown

   Sex:  ☒ Male   ☐ Female   Date of Birth: ██████   Age: 43

3. **Identity of Deceased:**

   Citizenship if other than Unites States:USA

4. **Date of Custody:** 8 / 01 / 2007
   **Time of Custody:** _____ 1859 _____   ☐ AM   ☒ PM

5. **Date of Death:** 11 / 6 / 2020
   **Time of Death:** _____ 0428 _____   ☒ AM   ☐ PM

6. **Apparent manner of death:**   ☒ Suicide   ☐ Homicide   ☐ Accident
   ☐ Natural Cause, Specify: _____
   ☐ Other, Specify: _____

7. **Medical Cause of Death:** Suspected suicide
   Pending autopsy report.

8. **Type of Custody:**

   1. ☒ Prison
      ☒ General population          ☐ Administrative segregation

   2. ☐ Jail
      ☐ Single cell          ☐ Detox cell
      ☐ Multiple occupancy cell   ☐ Holding Cell
      ☐ Day room/ Recreational Area

**Type of Custody cont'd:**

3. ☐ DHS-BICE
   ☐ Facility          ☐ Airport          ☐ Transport

4. ☐ Hospital

5. ☐ In Transport

6. ☒ Classification
   ☐ Minimum          ☒ Medium
   ☐ Maximum          ☐ Preclassification

7. Summary of how the death occurred: **(Required)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Section II: Confidential Information Regarding the Deceased

1. **Marital Status:**
   ☒ Single          ☐ Married          ☐ Divorced
   ☐ Widow           ☐ Unknown

2. **Next of Kin:**

   Name: Ida Hernnandez

   Relationship: Mother

   Address: 2634 John Palston Road

   City, State & Zip: Houston, Texas 77013

3. **Occupation of Deceased:** *Unit Custodian*

4. **Education:**
   ☐ Elementary          ☒ High School/*GED*     ☐ Some College
   ☐ College Graduate    ☐ Tech. Training        ☐ Unknown

5. **Intoxication at time of initial custody:**
   ☐ Not intoxicated     ☐ Alcohol Only          ☐ Drugs Only
   ☐ Drugs & Alcohol     ☒ Unknown

**6.** **Attitude and behavior of deceased upon initial custody:**

☒ Cooperative  ☐ Combative  ☐ Belligerent
☐ Laughing  ☐ Crying  ☐ Withdrawn
☐ Mood Swings  ☐ Other (describe) _____

**7. Had deceased ever previously attempted suicide?**

☐ Yes  ☒ No  ☐ Unknown

**8. Was deceased taking any prescription medication?**

☐ Yes  ☒ No  ☐ Unknown

**9. Did deceased exhibit medical problems prior to death?**

☒ Yes  ☐ No  ☐ Unknown

**10. Did deceased exhibit mental problems prior to death?**

☐ Yes  ☒ No  ☐ Unknown

**11. Was deceased alone in cell?**

☐ Yes  ☒ No  ☐ Unknown

**12. Was deceased under suicide watch at time of death?**

☐ Yes  ☒ No  ☐ Unknown

## Section III: Confidential Information Regarding the Facility

(Complete only if death or precipitating incident (illness, injury, etc.) occurred in a facility enter N/A where appropriate)

**1. Who discovered deceased?**

Name & Title: Sergeant Tewanda Patton and Sergeant

**2. When was deceased discovered?**

Date of Discovery: 11 / 06 / 2020
Time of Discovery: 0318 ☒ AM ☐ PM

**3. When was cell last checked prior to discovery of deceased?**

Date of inspection: 11 / 06 / 2020
Time of inspection: 0200 ☒ AM ☐ PM

**4. At what intervals was cell checked?** Hourly

**5. What are the approximate dimensions of the cell?**

14 feet by 8 feet

**6. Type of construction** (check all that apply)

☒ Solid Wall  ☐ Bars, grate, mesh  ☐ Glazing

**7. What color(s) is cell?** White

8. **Monitoring device(s) in use:**
   ☐ Audio Only          ☒ Video Only
   ☐ Audio & Video       ☐ None

9. **Rated capacity of cell?** <u>Single</u>

10. **Names of inmates in cell?** <u>71-217</u>     <u>Antron Elder</u>

___

## Section IV: Confidential Information Regarding Death While in Custody of Correctional Officer

(Complete only if death or precipitating incident (illness, injury, etc.) occurred while deceased was in custody of a correctional officer)

1. **Correctional Officer(s) having custody** *(attach additional sheets if necessary)*

   Name/ Rank or Title:
   _____ Years/months service as a correctional officer
   _____ Years/months service with GEO
   Known previous civil rights/ abuse complaints against the officer?
   ☐ Yes          ☐ No          Number of complaints ___
   *(Attach separate sheet for additional officers if necessary)*

2. **Was deceased armed?**
   ☐ Yes          ☐ No
   **If yes, with what?**
   ☐ Firearm          ☐ Knife          ☐ Club
   ☐ Other *(describe)* _____

3. **Did death result from confrontation with Correctional Officer?**
   ☐ Yes          ☐ No          ☐ Known

*(Include all investigative reports and all statements from witnesses; including other inmates where appropriate.)*

|    |                                                              | Attached | To be Attached | Not Applicable |
|----|--------------------------------------------------------------|----------|----------------|----------------|
| 1. | **Offense/ Incident report**                                 | X        |                |                |
| 2. | **Witness statements**                                       | X        |                |                |
| 3. | ***Autopsy report**                                          |          | X              |                |
| 4. | **Inquest records**                                          |          |                |                |
| 5. | **Medical records of deceased for 72 hours prior to death or precipitating injury** | X |        |                |
| 6. | **Psychological Evaluations**                                |          |                |                |
| 7. | **Visitor records for 72 hours prior to death**              |          |                |                |
| 8. | **Inmate disciplinary records**                              | X        |                |                |
| 9. | **Criminal history of deceased**                             | X        |                |                |
| 10.| **Photographs of scene and deceased**                        | X        |                |                |
| 11.| **Scene diagram**                                            | X        |                |                |

Rev 06/06 NP

ORR-618

12. **Other documents:** _____

_____

_____


**\* If no autopsy was performed, please explain:**

_____

_____

_____

_____

_____

_____

_____

_____


**Note: If an outside agency is conducting an investigation, please list agency and lead investigator**

_____

_____

_____

_____

_____

_____


Rev 06/06 NP                                                                                    OPR-618



Virginia Department of Corrections

# Offender Face Sheet

COV\fqn49683
11/6/2020 8:14:23 AM
corissnapmp

**DOC#: 1108489**

**Current Location: Lawrenceville Correctional Center**

**Name: HERNANDEZ, DAMIAN**

DOB: ███████

POB: Houston, Texas, United States

SSN: ███████

FBI#: 966837XA4      SID#: 1010271H

Medicaid#: 352651374018  108 - DOC Adults, age 19 to 65

**Custody Periods**

| Inmate Number | DRC |
|---|---|
| 303738 | 01/30/2002 |
| 283340 | 06/27/2000 |
| 233945 | 03/06/1996 |

DPED: 05/20/2040            MPRD: 04/20/2040

MaxPRD:                        GTRD: 08/19/2040

| | | |
|---|---|---|
| Hair: Black | Eyes: Brown | Race: B |
| Height: 6' 1" | Weight: 180 | Gender: M |
| Marital Status: Single/Never Married | Complexion: Medium | |

Sex Offender? No

**Alias Names**

| Last Name | First Name | Middle Name | Alias Type Desc |
|---|---|---|---|
| | TEX | | Nickname |
| HERNANDEZ | DAMIAN | SANMIGEE | Alias |
| HERNANDEZ | DAMIAN | SANMIGUEL | Alias |
| HERNANDEZ | SAN | | Alias |
| HERNANDEZ | SANMIGUEL | | Alias |
| HERNANDEZ | DAMIAN | | Default |
| HERNANDEZ | DAMIAN | | Term Name |

**Detainers**

| Is Detainer | Detainer Type | Detainer Status |
|---|---|---|
| No | | |

**Health Codes**

| Medical Location | Mental Health Code |
|---|---|
| A | MH O |

DOC#: 1108489                    HERNANDEZ, DAMIAN

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.



*Virginia Department of Corrections*

COV\fqn49683
11/6/2020 8:14:23 AM

# Offender Face Sheet

## Emergency Contact Information

| Person Name | Relation | Person Address | Person Phone |
|---|---|---|---|
| HERNANDEZ, DAVID SAN MIGUEL | Father | 507 Gleneagles Dr, Texas, 77546, United States | |
| HERNANDEZ-WOODHOUSE, IDA ANNETTE | Mother | 6031 Durango Ridge Ct, Texas, 77469, United States | |
| HERNANDEZ-WOODHOUSE, IDA ANNETTE | Mother | 2634 John Ralston Rd, Texas, 77013, United States | |
| HERNANDEZ-WOODHOUSE, IDA ANNETTE | Mother | 6031 Durango Ridge Ct, Texas, 7749-4250, United States | |

## Marks, Scars, and Tattos

| Notes | Description |
|---|---|
| Ghost wearing 5pt. crown. | Tattoo arm, left |
| Paws under cover-up tattoo. | Tattoo shoulder, right |
| Taste 4 blood with a tiger. | Tattoo chest |
| Tattoos: Rt. Arm- Grim Reaper; Lt. Arm- Wise Man; Chest- Tiger | Other |

## Offenses:

| Offense Description |
|---|
| Homicide/Murder{NCIC-0900} |
| Marijuana-Possess{NCIC-3562} |
| Robbery - Attempted{NCIC-1299} |
| Trespassing{NCIC-5707} |
| Use Of Firearm In Felony{NCIC-5252} |
| Total Sentence: Years: 45, Months: 12, Days: 150 |

## Active Alerts

| Alert Description | Start Date | End Date | Notes |
|---|---|---|---|
| Victim Registered | 09/19/2012 | | Victim Notification Required. Contact the Victim Services Unit at 800-560-4292 for more information. |

DOC#: 1108489                    HERNANDEZ, DAMIAN

---

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

29143



*Virginia Department of Corrections*

COV\fqn49683
11/6/2020 8:14:23 AM

# Offender Face Sheet

**Gangs & STG**

| Gangs & STG Status | Gangs & STG Affiliations | Status Date |
|---|---|---|
| Confirmed Gangs & STG | Bloods | 4/23/2014 12:14:39 PM |

**DOC#: 1108489**　　　　　**HERNANDEZ, DAMIAN**

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

29143



*Virginia Department of Corrections*

## Offender Face Sheet

COV\fqn49683
11/6/2020 8:14:23 AM

### 1108489 - HERNANDEZ, DAMIAN



---

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

Case 3:24-cv-00309-DJN    Document 242-1    Filed 06/05/26    Page 13 of 13 PageID# 5416

*Virginia Department of Corrections*

COV\ecm21083
corissnap
3/12/2024 1:17:15 PM

# Disciplinary Actions

**1108489 Hernandez, Damian**    **From Date:  1/1/1900**    **To Date:  3/12/2024**

| DOR ID | Location | Offense Date | Offense Description | Penalties | Appeal Status |
|---|---|---|---|---|---|
| | | | | | |
| 1023772 | Lawrenceville Correctional Center | 10/27/2015 1:15 PM | Failure to follow written/posted institutional rules/regs | Fine: $10 | |
| 1027416 | Lawrenceville Correctional Center | 12/9/2015 3:26 PM | Disobeying an order | Fine: $10 | |
| 1039348 | Lawrenceville Correctional Center | 3/17/2016 9:20 AM | Vulgar or insolent language or gestures directed toward an employee or... | Fine: $10 | |
| 994867 | Lawrenceville Correctional Center | 1/15/2015 8:40 AM | Under the influence of drugs (pertains to the use of unprescribed drugs) | Fine: $3 | |
| 999367 | Lawrenceville Correctional Center | 2/25/2015 9:15 AM | Under the influence of drugs (pertains to the use of unprescribed drugs) | Fine: $4 | |
| **Total Offenses:** | **5** | | | | |

This report shows disciplinary actions that have been submitted as Disciplinary Action Reports

S17878

\* in the DOR ID column indicates record is missing a Disciplinary Offense Report ID. The number given is the DA  Case ID.

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

Page 1 of 1